**Billing Records for 1:25-cv-06722-RER-PK Landaverde v. Danish Foods 1 Inc. et al**

| | Attorney | Time Spent (Hours) | Notes | Paralegal |
|---|---|---|---|---|
| 9/6/2025 | RA | 1.4 | Intake of Plaintiff | P |
| 11/19/2025 | RA | 2.2 | Research on corp./individual def, call to client; drafting complaint | |
| 11/26/2025 | RA | 0.2 | Call to client re: corp. entity | P |
| 12/2/2025 | RA | 0.2 | Call to client re: defs adddress | P |
| 12/3/2025 | RA | 1.5 | Continue drafting Complaint | |
| 12/4/2025 | RA | 1.1 | Perform calculation of damages | |
| 12/5/2025 | RA/JO | 1.8 | Meet w/ client, edit/finalize complaint, file complaint/summons/cover sheet, NOA, request for service of process | P |
| 1/6/2025 | JO | 0.5 | Calls w/ defs atty re: claims, damages, settlement, etc, call w/ client | P |
| 1/14/2026 | JO | 0.2 | Email w/ defs atty, update to client | P |
| 1/30/2026 | JO | 0.7 | Emails w/ def atty; drafted and filed joint motion for ext of time to Answer | |
| 2/13/2026 | JO | 1.2 | Emails/calls w/ defs atty, calls w/ client; drafted and filed letter motion to stay deadlines in light of settlement | P |
| 3/6/2026 | JO | 0.5 | Email w/ defs atty, drafted and file motion for extension to file settlement submissions | |
| 3/10/2026 | JO | 1.8 | Calculate settlement breakdown, drafted Settlement Agreement and COJ; emailed to defs atty | |
| 3/17/2026 | RA | 0.2 | Emails/call w/ def, revise agreement; call to client | P |
| 3/18/2026 | JO | 2.2 | Drafted Motion for Settlement Approval, emails w/ defs atty | |
| 3/19/2026 | JO | 0.3 | Emails w/ def atty; receive defs signatures; schedule client to sign | |
| 3/20/2026 | RA | 0.8 | Review, translate, explain agreement; obtain client signature | P |
| 3/20/2026 | JO | 1 | Compile fully executed agreement; finalize motion for approval; draft/file consent to magistrate form; file settlement docs | |

**Total Hours**

| | | | | |
|---|---|---|---|---|
| RA | 9.4 | * $500.00 = $ | | $ 4,700.00 |
| JO | 9.5 | * $400.00 = $ | | $ 3,800.00 |
| Paralegal | 6 | * $100.00 = $ | | $ 600.00 |
| | | | | |
| **Total: $** | | | | **9,100.00** |

**Expenses Incurred**

| Date | Cost | Note |
|---|---|---|
| 12/5/2024 | $405.00 | EDNY Filing Fee |
| 1/13/2026 | $518.50 | Cost of Attempted Service and Service of Process on All Defendants |
| | **$923.50** | |

## Attorney Qualifications and Lodestar Calculation for Plaintiff's Counsel

### i.      Attorney Roman Avshalumov

Roman Avshalumov has been an attorney for over fifteen years, and is admitted to practice in New York and New Jersey, as well as the EDNY, SDNY, and District of New Jersey. He has represented both plaintiffs and defendants in labor law actions. Mr. Avshalumov has tried numerous labor/employment cases and has settled over a hundred more.  He has also tried over 50 personal injury and employment actions.  Mr. Avshalumov is the senior managing attorney at Helen F. Dalton & Associates, P.C., where he oversees all litigation at the firm, and has done so for over a decade.  Mr. Avshalumov currently bills at **$500.00** per hour, which is standard for attorneys with his level of experience. Throughout this case, Mr. Avshalumov spent approximately **9.4 hours** on this case. Accordingly, Mr. Avshalumov reasonably would charge **$4,700.00** for his work performed in this matter.

### ii.      Attorney James O'Donnell

James O'Donnell has been an attorney for ten years and is admitted to practice in New York as well as the EDNY and SDNY. Mr. O'Donnell is the head of the labor law practice group and managing attorney at Helen F. Dalton & Associates, P.C. and oversees all labor and employment matters and litigation at the firm. Mr. O'Donnell has exclusively worked on employment matters during his nine years at the firm. He has appeared on hundreds of FLSA matters in the Second Circuit, including collective actions and class actions, and has settled or otherwise resolved over five hundred employment discrimination and wage-and-hour cases in New York state and federal courts during his employment. Mr. O'Donnell currently bills at **$400.00** per hour, which is standard for attorneys with his level of experience. Throughout this case, Mr. O'Donnell spent approximately **9.5 hours** on this case.  Accordingly, Mr. O'Donnell reasonably would charge **$3,800.00** for his work performed in this matter.

### iii.      Paralegal Services

Lastly, Plaintiffs' counsel incurred approximately **6.0 hours** of bilingual paralegal services provided at **$100.00** per hour, for approximately **$600.00** in total.

### iv.      Lodestar Calculation

As such, Plaintiff's counsel has incurred approximately **$9,100.00** in attorneys' fees using the Lodestar Method, not including expenses associated with matter.

### v.      Basis for Requested Hourly Rates

On January 21, 2025, Senior District Judge Frederic Block held, "Adjusted for inflation and market conditions, I have rounded out the forum rates in the Eastern District to now be $450-$650 for partners, $300-$450 for senior associates, $150-$300 for junior associates, and $100-$150 for paralegals. Moreover, some stability is sensible in order to avoid having to establish new rates every year; accordingly, barring major inflationary deviations, I would not revisit them for five years." *Rubin v. HSBC Bank USA*, 20-cv-04566 (E.D.N.Y. 2025).